# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**ISSAC MCBRIDE**                                                          **PLAINTIFF**

**v.**                      Case No. 4:17-cv-00378-KGB

**ARKANSAS DEPARTMENT OF**
**HUMAN SERVICES**                                                         **DEFENDANT**

## JUDGMENT

This matter came for trial by jury on the 22nd day of January, 2019. Plaintiff Issac McBride appeared with his attorney Austin Porter, Jr. Defendant Arkansas Department of Human Services appeared through its representative Carmen Mosley-Sims and its attorneys Robert James and Christine Cryer. All parties announced ready for trial. A jury of twelve was selected and sworn. One juror was excused by the Court on January 24, 2019.

On January 25, 2019, the jury returned a verdict as follows:

VERDICT FORM

**Note**: Complete Question 1 by writing in the name required by your verdict.

**Question 1**: On the race discrimination claim of Issac McBride, we find in favor of

_____Defendant Arkansas Department of Human Services_____
Plaintiff Issac McBride    or    Defendant Arkansas Department of Human Services

**Note**: Answer Question 2 only if the above finding is in favor of Issac McBride. If the above finding is in favor of the Arkansas Department of Human Services, have your foreperson sign and date form because you have completed your deliberations on this claim.

**Question 2**: Has it been proved that the Arkansas Department of Human Services would have terminated Issac McBride regardless of his race?

_____ Yes          _____ No
(Mark an "X" in the appropriate space)

**Note**: Complete Question 3 only if your answer to Question 2 is "no." If you answered "yes" to Question 2, have your foreperson sign and date this form because you have completed your deliberation on this claim.

**Question 3**:

We find Issac McBride's lost wages through the date of this verdict to be:

$_____ (stating the amount or, if none, write the word "none").

We find Issac McBride's other damages, excluding lost wages, to be:

$_____ (stating the amount or, if you find that Issac McBride's damages do not have a monetary value, write in the nominal amount of One Dollar ($1.00).

_____/s/_Rosie A. Coleman_____
Foreperson

Dated: ___January 25, 2019___

Judgment is therefore entered in favor of defendant Arkansas Department of Human Services and against plaintiff Issac McBride.

It is so ordered this 25th day of January, 2019.

_Kristine G. Baker_
Kristine G. Baker
United States District Judge